IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE L. NORRIS, | No. CIV S-06-1379-CMK |
| Plaintiff, | |
| vs. | ORDER |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). On November 3, 2006, plaintiff filed a motion for summary judgment. Plaintiff has noticed that motion for hearing before the undersigned on January 16, 2007. Pursuant to the court's June 21, 2006, scheduling order, a party desiring oral argument must file a separate motion after the completion of briefing on cross-motions for summary judgment. Such a motion must set forth the arguments to be argued and explain why oral argument would be helpful. Because the time to seek oral argument has not yet arrived, the court will vacate the hearing scheduled for January 16, 2007. At the completion of briefing, any party may seek oral argument pursuant to the

1 procedures set forth in the scheduling order.

2        Accordingly, IT IS HEREBY ORDERED that the hearing set before the
3 undersigned on January 16, 2007, is vacated.

5 DATED:  November 8, 2006.

                              _____
                              **CRAIG M. KELLISON**
                              UNITED STATES MAGISTRATE JUDGE