```
McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Fax: (916) 554-2900
LEO R. MONTENEGRO
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 977-8931
Fax: (415) 744-0134
```

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JEANETTE L. NORRIS,<br><br>  Plaintiff,<br><br>  vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>  Defendant. | Case No. **2:06-CV-01379-CMK**<br><br>STIPULATION AND ORDER |

  The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a **FIRST** extension of time of 30 days to respond to Plaintiff's motion for summary judgment, due to a scheduling conflict arising from the large number of cases which await briefing. The current due date is **December 6, 2006.** The new due date will be **January 5, 2007.**

  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Stip & Proposed Order Re Ext of D's Time                                    Page 1

| | |
|---|---|
| DATE:   12/1/06 | /s/ Jonathan A. Hendricks (as authorized on December 1, 2006) |
| | JONATHAN A. HENDRICKS |
| | Attorney at Law |
| | |
| | Attorney for Plaintiff |
| | |
| DATE:   12/1/06 | McGREGOR W. SCOTT |
| | United States Attorney |
| | BOBBIE J. MONTOYA |
| | Assistant U.S. Attorney |
| | |
| | By: /s/ Leo R. Montenegro |
| | LEO R. MONTENEGRO |
| | Special Assistant U.S. Attorney |
| | |
| | Attorneys for Defendant |

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION

ORDER

APPROVED AND SO ORDERED.

DATED:   December 5, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE