1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   LEO R. MONTENEGRO
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone:  (415) 977-8931
      Facsimile:  (415) 744-0134
7     E-Mail: Leo.R.Montenegro@ssa.gov

8  Attorneys for Defendant

9                      UNITED STATES DISTRICT COURT

10                     EASTERN DISTRICT OF CALIFORNIA

11

12  JEANETTE L. NORRIS,            )
                                   )   CIVIL NO. 2:06-CV-01379-CMK
13        Plaintiff,               )
                                   )   STIPULATION AND ORDER SETTLING
14        v.                       )   ATTORNEY'S FEES PURSUANT TO THE
                                   )   EQUAL ACCESS TO JUSTICE ACT (EAJA)
15                                 )
    MICHAEL J. ASTRUE,             )
16  Commissioner of                )
    Social Security,               )
17                                 )
          Defendant.                )
18  _____)

19
         It is stipulated by the parties through their undersigned counsel, with the Court's approval, that
20
    Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of
21
    THREE THOUSAND SEVEN HUNDRED and 00/100 DOLLARS ($3,700.00), for compensation for
22
    legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a
23
    compromise settlement for all fees under the EAJA in this action, but not constituting any admission of
24
    Defendant's liability under the EAJA in this action.
25
    / / /
26
    / / /
27
    / / /
28

Payment of fees in the amount of THREE THOUSAND SEVEN HUNDRED and 00/100 DOLLARS ($3,700.00) shall constitute a complete release from and bar to any and all claims of Plaintiff's counsel relating to EAJA fees in connection with this action, without prejudice to any future request for fees under the Social Security Act, 42 U.S.C. § 406(b).

                                  Respectfully submitted,

Dated: November 15, 2007       /s/ Jonathan A. Hendricks
                                  (As authorized via e-mail telephone on 11/15/07)
                                  JONATHAN A. HENDRICKS
                                  Attorney for Plaintiff

Dated: November 16, 2007       McGREGOR W. SCOTT
                                  United States Attorney
                                  LUCILLE GONZALES MEIS
                                  Regional Chief Counsel, Region IX
                                  Social Security Administration

                                  /s/ Leo R. Montenegro
                                  LEO R. MONTENEGRO
                                  Special Assistant U.S. Attorney

                                  Attorneys for Defendant

                                  <u>ORDER</u>

APPROVED AND SO ORDERED.


DATED: November 29, 2007

                                  _____
                                  **CRAIG M. KELLISON**
                                  UNITED STATES MAGISTRATE JUDGE